UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                              2:01-cr-69-FtM-29DNF

TORINDO BROWN
_____

**OPINION AND ORDER**

     This matter comes before the Court on defendant's Motion for Reconsideration 18 U.S.C. § 3582(c)(2) Amendment 706 (Crack Cocaine) (Doc. #90) filed on May 21, 2008.  Defendant asks the Court to reconsider its prior Opinion and Order (Doc. #89) finding that defendant was not eligible for a sentence reduction under Amendment 706 because he was sentenced as a career offender.  The Court remains of the view that since the Sentencing Guidelines range remains the same and is not lowered, defendant is not eligible for a reduction in his term of imprisonment pursuant Amendment 706.  E.g., United States v. Tingle, 524 F.3d 839 (8th Cir. 2008); United States v. Thomas, 524 F.3d 889 (8th Cir. 2008).

     Accordingly, it is now

     **ORDERED**:

     Defendant's Motion for Reconsideration 18 U.S.C. § 3582(c)(2) Amendment 706 (Crack Cocaine) (Doc. #90) is **DENIED**.

     **DONE AND ORDERED** at Fort Myers, Florida, this \_\_2nd\_\_ day of June, 2008.

JOHN E. STEELE
United States District Judge

Copies:
AUSA Molloy
Torindo Brown

-2-